# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CLIFFORD GILLIE

VERSUS

KEVIN GILLIE

NO.  2020 CW 0046

**MARCH 2, 2022**

---

In Re:  Kevin J. Gillie, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 686006.

---

**BEFORE:  McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DISMISSED AS MOOT.**  Pursuant to the minutes of the district court provided to this court, it appears the writ application is moot, and therefore, this writ is dismissed.

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT